MARC J. WINTHROP– State Bar No. 63218
mwinthrop@winthropcouchot.com
KAVITA GUPTA – State Bar No. 138505
kgupta@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[General Insolvency Counsel for
Debtor and Debtor-in-Possession

FILED & ENTERED

MAY 27 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mason    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

DAVID L. FARLEY,

    Debtor and
    Debtor-in-Possession.

Case No. 6:11-bk-12031 DS

Chapter 11 Proceeding

**ORDER APPROVING COMPROMISE OF CONTROVERSY AND SALE OF CERTAIN PATENTS**

[No Hearing Scheduled]

The Court having read and considered the Debtor's Motion for an Order Approving Compromise of Controversy and Sale of Certain Patents; Memorandum of Points and Authorities; and Declaration of David L. Farley in Support Thereof ("Motion") filed by David L. Farley, the debtor and debtor-in-possession herein ("Debtor"); the Declaration of Kavita Gupta Re Entry of Order Without Hearing Pursuant to LBR 9013-1(o), all pleadings and other documents on file in this Chapter 11 case, and the Court having found that, under the circumstances of the case, the notice of the hearing on the Motion was sufficient, and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. The Motion is granted;
2. The Compromise is approved;
3. The Parties are authorized to enter into and execute all documents, including the Retention Agreement and the Patent Purchase Agreement, and take all acts necessary to effectuate the Compromise;
4. The 14-day stay set forth in Fed.R.Bankr.P. 6004(h) is waived; and
5. No further notice or a hearing shall be necessary to effectuate the foregoing.

###

DATED: May 27, 2011

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING DEBTOR'S MOTION FOR AN ORDER APPROVING COMPROMISE OF CONTROVERSY AND SALE OF CERTAIN PATENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 27, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Marc S Cohen    mcohen@kayescholer.com – COUNSEL TO FOAMEX
- Ashleigh A Danker    adanker@kayescholer.com – COUNSEL TO FOAMEX
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Debtor: David Farley:    anatomicdlfarley@cs.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

-3-

Order#53090#b9abe25c-b9a7-4833-a2c0-064879121710.doc


**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING COMPROMISE OF CONTROVERSY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 26, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard J Bauer     rbauer@mileslegal.com
- Marc S Cohen     mcohen@kayescholer.com – COUNSEL TO FOAMEX
- Ashleigh A Danker     adanker@kayescholer.com – COUNSEL TO FOAMEX
- Todd S Garan     ecfcacb@piteduncan.com
- Kavita Gupta     kgupta@winthropcouchot.com
- Elizabeth A Lossing     elizabeth.lossing@usdoj.gov
- Ramesh Singh     claims@recoverycorp.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Debtor: David Farley:     anatomicdlfarley@cs.com

☐ Service information continued on attached page