Brian P. Flaherty
Email address: bflaherty@cozen.com
Eric L. Scherling )
Email address: escherling@cozen.com
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-4647
Facsimile: (215) 701-2191

Marc S. Cohen (Bar Number 65486)
Email address: mcohen@kayescholer.com
Ashleigh A. Danker (Bar Number 138419)
Email address: adanker@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff
FOAMEX INNOVATIONS OPERATING COMPANY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID L. FARLEY, Debtor and Debtor-in-Possession<br><br>_____<br><br>FOAMEX INNOVATIONS OPERATING COMPANY,<br><br>                     Plaintiff,<br><br>     v.<br><br>DAVID L. FARLEY, Debtor and Debtor-in-Possession; and ANATOMIC GLOBAL, INC., a California corporation<br><br>                     Defendants. | Case No. 6:11-bk-12031-DS<br><br>Chapter 11<br><br>Adv. Pro. No. 6:11-ap-01131-DS<br><br>**NOTICE OF DISMISSAL OF (1) MOTION (DOCKET NO. 2) AND (2) ENTIRE ADVERSARY ACTION**<br><br>**STATUS CONFERENCE AND HEARING ON MOTION (DOCKET NO. 2):**<br><br>Date: June 23, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 304<br>       3420 Twelfth Street<br>       Riverside, CA 92501 |

60100946_3.DOCX

**TO HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, AND DEFENDANTS DAVID L. FARLEY AND ANATOMIC GLOBAL, INC.:**

**PLEASE TAKE NOTICE THAT** Foamex Innovations Operating Company, plaintiff herein ("Plaintiff"), hereby dismisses with prejudice its *Notice of Motion and Motion for (1) Appointment of a Receiver and (2) Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; Declaration of Andrew Prusky in Support Thereof* (Docket No. 2, the "Motion"). In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, Plaintiff hereby dismisses with prejudice the above-captioned adversary proceeding.

DATED: June 2, 2011

          COZEN O'CONNOR
           -and-
          KAYE SCHOLER LLP

          By: /s/ Ashleigh A. Danker
            Ashleigh A. Danker
          Attorneys for Plaintiff,
          FOAMEX INNOVATIONS OPERATING COMPANY

| In re: DAVID L. FARLEY | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:11-bk-12031-DS<br>Adv. Proc. No. 6:11-ap- 01131-DS |

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067

The foregoing document described as *Notice Of Dismissal Of (1) Motion (Docket No. 2) And (2) Entire Adversary Action* will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

☒    **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 2, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

☒    **II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **June 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

☐    **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 2, 2011    Shahnaz Virani    *[signature]*
Date              Type Name                    Signature

**SERVICE LIST**
In re David L. Farley
USBC, CDCA Case No. 6:11-bk-12031-DS
Adv. Proc. No. 6:11-ap-01131- DS

**I. SERVED ELECTRONICALLY VIA NEF:**

- Marc S Cohen    mcohen@kayescholer.com
- Ashleigh A Danker    adanker@kayescholer.com
- United States Trustee (RS)
  ustpregion16.rs.ecf@usdoj.gov

**II. SERVED VIA OVERNIGHT MAIL:**

**Honorable Deborah J. Saltzman**
U.S. Bankruptcy Court
3420 Twelfth Street, Ste. 384
Riverside, CA 92501

**III. SERVED VIA REGULAR U.S. MAIL:**

**Debtor's Bankruptcy Counsel:**
Marc J. Winthrop, Esq.
Kavita Gupta, Esq.
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660

**Debtor in possession**
David L. Farley
2891 Venezia Terrace
Chino Hills, CA 91709-6603

**AGI's Bankruptcy Counsel:**
Robert A. Greenfield, Esq.
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Defendant**
Anatomic Global Inc.
David L. Farley, CEO
1241 Old Temescal Road
Corona, CA 92881